IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
DEC 04 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| SHANDA SARCHETTE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services; PAUL CARLSON, an individual; and JOHN DOES 1–10,<br><br>Defendants. | CV 19–124–M–DWM<br><br>ORDER |

Defendant Alex M. Azar II, Secretary of the United States Department of Health and Human Services, having filed a motion to clarify the answer deadline for Defendant Paul Carlson,

IT IS ORDERED that the motion (Doc. 5) is GRANTED. Pursuant to Federal Rule of Civil Procedure 12(a)(3), Carlson's answer is due on or before December 23, 2019. The Clerk of Court is directed to update the deadlines in CM/ECF accordingly.

DATED this 4th day of December, 2019.

Donald W. Molloy, District Judge
United States District Court