IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

FEB 21 2020

Clerk, U.S. District Court
District Of Montana
Missoula

|  |  |
|---|---|
| SHANDA SARCHETTE, an individual, | CV 19–124–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services; PAUL CARLSON, an individual; and JOHN DOES 1–10, | |
| Defendants. | |

Plaintiff Shanda Sarchette and Defendant Alex M. Azar II, Secretary of the United States Department of Health and Human Services, having filed a Stipulation to Dismiss Count III Without Prejudice (Doc. 16),

IT IS ORDERED that Count III of the Complaint (Doc. 1) is dismissed without prejudice, each party to bear its own costs and fees.

IT IS FURTHER ORDERED that Defendant Azar's motion to dismiss Count III (Doc. 12) is DENIED as MOOT.

DATED this 21st day of February, 2020.

Donald W. Molloy, District Judge
United States District Court