IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHANDA SARCHETTE, an individual; and MARCIE CALDWELL, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services; PAUL CARLSON, an individual; DEBORAH WILSON, an individual; and JOHN DOES 1–9,<br><br>        Defendants. | CV 19–124–M–DWM<br><br><br>ORDER |

Plaintiffs having filed a voluntary dismissal pursuant to Rule 41(a),

IT IS ORDERED that Counts III, IV, and V of the Amended Complaint against Deborah Wilson are DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to update the caption to remove Deborah Wilson as a defendant.

DATED this 11th day of June, 2020.

Donald W. Molloy, District Judge
United States District Court