IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SANDRA SARCHETTE, an individual; and MARCIE CALDWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services; PAUL CARLSON, an individual; UNITED STATES OF AMERICA; and JOHN DOES 1-9,<br><br>Defendants. | CV 19–124–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal of their claims against Defendant Paul Carlson pursuant to Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that Plaintiffs' claims against Defendant Paul Carlson are DISMISSED WITH PREJUDICE, each party to pay its own costs.

DATED this 1st day of December, 2020.

*/s/ Donald W. Molloy*
Donald W. Molloy, District Judge
United States District Court

1