IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SANDRA SARCHETTE, an individual; and MARCIE CALDWELL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services; PAUL CARLSON, an individual; UNITED STATES OF AMERICA; and JOHN DOES 1-9,<br><br>Defendants. | CV 19–124–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal of their claims against the remaining Federal Defendants pursuant to Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE, each party to pay its own costs.

DATED this 3rd day of December, 2020.

Donald W. Molloy, District Judge
United States District Court

1